No. 638, Misc. O'MALLEY v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 644, Misc. CORDTS v. RAGEN, WARDEN, ET AL. Circuit Court of St. Clair County, Illinois. Certiorari denied.

*Rehearing Denied. (See also No. 13, Original and No. 500, supra.)*

No. 679. KENNEDY v. WALKER, WARDEN, 337 U. S. 901. Motion for leave to file petition for rehearing denied.

No. 268. WEBER v. UNITED STATES, 335 U. S. 872. Rehearing denied.

No. 272. TERMINIELLO v. CHICAGO, 337 U. S. 1. Rehearing denied.

No. 457. HUMPHREY, WARDEN, v. SMITH, 336 U. S. 695. Rehearing denied.

No. 647. MOMAND v. UNIVERSAL FILM EXCHANGES, INC. ET AL., 336 U. S. 967. Rehearing denied.

No. 648. DeWAR v. HUNTER, WARDEN, 337 U. S. 908. Rehearing denied.

No. 379, Misc. IN RE BUSH, 336 U. S. 971. Rehearing denied.

No. 490, Misc. COYLE v. CALIFORNIA, 337 U. S. 909. Rehearing denied.

No. 560, Misc. WAKAT v. RAGEN, WARDEN, 337 U. S. 909. Rehearing denied.